☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No. 23-853M(NJ)
Multiple persons and vehicles occupied or otherwise )
accessible (See Attachments) )     **Matter No.: 2022R00325**
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A; over which this Court has jurisdiction pursuant to Federal Rule of Criminal Procedure 41.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 2/8/2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Nancy Joseph_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1/25/2023_____ @ 8:00 a.m.

*Judge's signature*

City and state:     Milwaukee, WI_____     Hon. Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A1

### Person and Property to be searched

The property to be searched is:

1.  The person of Andrew Shakeem MOSBY (B/M, DOB 12/11/1996);

2.  Any vehicle occupied or otherwise accessible to Andrew Shakeem MOSBY at the time of the execution of the warrant;

**ATTACHMENT A2**

**Person and Property to be searched**

The property to be searched is:

1. The person of Shenicqua BILLINGS-TROUPE (B/F, DOB 01/21/1993);

2. Any vehicle occupied or otherwise accessible to Shenicqua BILLINGS-TROUPE at the time of the execution of the warrant.

## ATTACHMENT A3

### Person and Property to be searched

The property to be searched is:

1. The person of Joseph Darnell MOSBY (B/M, DOB 06/22/1983); and

2. Any vehicle occupied or otherwise accessible to Joseph Darnell MOSBY at the time of the execution of the warrant.

Case 2:23-mj-00853-NJ    Filed 01/25/23    Page 5 of 80    Document 1

## ATTACHMENT A4

### Person and Property to be searched

The property to be searched is:

1. The person of Sharise Laquitta BLUNT (B/F, DOB 12/09/1988)

2. Any vehicle occupied or otherwise accessible to Sharise Laquitta BLUNT at the time of the execution of the warrant.

4

**ATTACHMENT B**

**Property to be seized**

All records relating to violations of Title 18, United States Code, Sections 371 (conspiracy); 922(a)(6) (false statement during a purchase of a firearm); 922(a)(1)(A) (engaging in firearms business without a federal firearm license); 924(a)(1)(A) (false statement during a purchase of a firearm); 924(n) (interstate travel to buy firearms to deal without a federal firearm license); and 1001 (false statements or representations to an agency of the United States), involving Joseph MOSBY, Elijah HENRY, Shenicqua BILLINGS-TROUPE, Andrew MOSBY, Latiere MOSBY, Sharise BLUNT, and others occurring after January 1, 2019, and relating to:

1.      Firearms

2.      Ammunition

3.      ATF Form 4473s, firearms, firearm boxes, bipods, tripods, upper receivers, receipts and any records related to firearms, firearms accessories, ammunition, financial documents that transfer of proceeds of the above schemes, computers, electronics capable of communication, and cellphones such as:

      a.   lists of contacts and any identifying information;

      b.   photographs, videos, or other media storage connected to firearms;

      c.   types, amounts, and prices of firearms purchased/sold;

      d.   any information related to sources or purchasers of firearms (including names, addresses, phone numbers, or any other identifying information);

e.  all bank records, checks, credit card bills, account information, and other financial records related to firearms commerce;

f.  any and all financial records connected to the purchase/sale of firearms;

4.  Cellphones, computers, and all media storage devices that may hold documentation regarding firearm or ammunition purchases/sales and customers;

5.  Any and all financial records connected to the purchase/sale of firearms, and any correspondence between suspects and other firearms sellers and/or purchasers;

6.  All bank records, checks, credit card bills, account information, and other financial records related to firearms commerce;

7.  Proceeds of firearms trafficking activities, including United States currency;

8.  All bank records, checks, credit card bills, account information, and other financial records; Financial records, documents, statements, or other evidence of control of bank or other financial accounts and investment funds;

9.  Personal address books, telephone bills, photographs, letters, personal notes, documents and other items or lists reflecting names, addresses, telephone numbers, addresses and communications regarding illegal activities among and between members and associates involved in firearms trafficking activities;

10.  Documents and deeds reflecting the purchase or lease of items obtained with the proceeds from firearm trafficking activities;

11.  Records of off-site locations to store proceeds and other records, including safes, vaults, or lock boxes, safe deposit box keys, records and receipts and rental agreements for storage facilities;

6

12.     Records of mail and communications services, cellular telephones and all electronic storage areas on the device including stored telephone numbers, recently called numbers list, text messages, digital audio and or video recordings, pictures, settings, and any other user defined settings and/or data;

13.     Indicia of occupancy, residency or ownership of the premises, including utility bills, telephone bills, loan payment receipts, addressed envelopes, escrow documents and keys;

14.     Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

15.     As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

16.     All records relating to violations of Title 18, United States Code, Sections 371 (conspiracy); 922(a)(6) (false statement during a purchase of a firearm); 922(a)(1)(A) (engaging in firearms business without a federal firearm license); 924(a)(1)(A) (false statement during a purchase of a firearm); 924(n) (interstate travel to buy firearms to deal without a federal firearm license); and 1001 (false statements or representations to an agency of the United States) between January 1, 2019 and the present, including:

> a.   Records and information relating to a conspiracy to violate the laws of the United States, including the scope, manner, means, acts in furtherance, and identity of any co-conspirators;

7

b. Records and information relating to the identity or location of the suspects;

c. Records and information relating to communications with Internet Protocol addresses;

d. Records and information relating to the crimes referenced in Attachment B, paragraph 14; and

e. Records and information relating to intent or state of mind.

17. Computers or storage media used as a means to commit the violations described above;

18. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

8

d.  evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e.  evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f.  evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g.  evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h.  evidence of the times the COMPUTER was used;

i.  passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j.  documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k.  records of or information about Internet Protocol addresses used by the COMPUTER;

l.  records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

m.  contextual information necessary to understand the evidence described in this attachment.

9

19.     As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

20.     The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

21.     The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Multiple persons and vehicles occupied or<br>otherwise accessible (See Attachments) | )<br>)<br>)<br>)<br>)<br>) |

Case No.23-853M(NJ)

**Matter No.: 2022R00325**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A; over which this Court has jurisdiction pursuant to 18 U.S.C. §§ 2703 and 2711 and Federal Rule of Criminal Procedure 41.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 371; 922(a)(6); and 924(a)(1)(A) | Possession or sale of firearms; Evidence of straw purchasing firearms and illegal firearms trafficking; |

The application is based on these facts:

See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Sean A. Carlson, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone _____ *(specify reliable electronic means)*.

Date:1/25/2023

_____
*Judge's signature*

City and state:  Milwaukee, WI

Hon. Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## APPLICATIONS FOR SEARCH WARRANTS

I, Sean Carlson, being first duly sworn, hereby depose and state as follows:

## **INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of applications under Rule 41 of the Federal Rules of Criminal Procedure for warrants to search the persons and the vehicles that follow, further described in Attachment A1 through A4 (collectively, "Attachment A"), for the things described in Attachment B:

1. The person of Andrew Shakeem MOSBY (B/M, DOB 12/11/1996);

2. Any vehicle occupied or otherwise accessible to Andrew Shakeem MOSBY at the time of the execution of the warrant;

3. The person of Shenicqua BILLINGS-TROUPE (B/F, DOB 01/21/1993);

4. Any vehicle occupied or otherwise accessible to Shenicqua BILLINGS-TROUPE at the time of the execution of the warrant.

5. The person of Joseph Darnell MOSBY (B/M, DOB 06/22/1983); and

6. Any vehicle occupied or otherwise accessible to Joseph Darnell MOSBY at the time of the execution of the warrant.

7. The person of Sharise Laquitta BLUNT (B/F, DOB 12/09/1988)

8. Any vehicle occupied or otherwise accessible to Sharise Laquitta BLUNT at the time of the execution of the warrant.

2. I am employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") assigned to the Milwaukee Field Office since November 2015. I have been employed as a full-time law enforcement officer for

approximately fifteen years. Prior to my employment at ATF, I was a Patrol Officer at the Hammond Police Department in Hammond, Indiana for over four (4) years, and then I served approximately five (5) years as a Federal Air Marshal with the U.S. Department of Homeland Security.

3.     As a Special Agent, I have participated in the investigation of firearms and narcotics-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, and weapons. As a firearms investigator, I have interviewed many individuals involved in firearm and drug trafficking and have obtained information from them regarding acquisition, sale, importation, manufacture, and distribution of firearms and controlled substances. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology utilized by the traffickers and abusers of controlled substances.

4.     Based on my training, experience and participation in drug trafficking and firearms trafficking investigations, I know and have observed the following:

1.   I have relied on informants to investigate firearms trafficking and drug trafficking. Through informant interviews and debriefings of individuals involved in those offenses, I have learned about the manner in which individuals and organizations finance, purchase, transport, and distribute firearms and narcotics both within and outside of Wisconsin. I have utilized informants to conduct "controlled purchases" of firearms and controlled substances from individuals, as opposed to licensed gun dealers. I have also conducted surveillance of individuals engaged in firearms and

2

drug trafficking and participated in the execution of numerous search warrants resulting in the seizure of drugs, firearms, ammunition, and magazines.

2. Based on my training and experience, I have become familiar with the language utilized over the telephone to discuss firearms and drug trafficking and know that the language is often limited, guarded, and coded. I also know that firearms and drug traffickers often use electronic devices (such as computers and cellular phones) and social media to facilitate these crimes. Based on my experience, I know that firearms traffickers may keep photographs of these items on electronic devices.

3. I also know that drug traffickers and firearms traffickers commonly possess—on their person, at their residences, at their places of business, in their vehicles, and other locations where they exercise dominion and control—firearms, ammunition, and records or receipts pertaining to such.

4. I know that firearms traffickers and drug traffickers often put their telephones in nominee names to distance themselves from telephones that are utilized to facilitate these and related offenses. I also know that firearm and drug traffickers often use proceeds to purchase assets such as vehicles, property, jewelry, and narcotics. I also know that firearm and drug traffickers often use nominees to purchase or title these assets to avoid scrutiny from law enforcement.

5. The facts in this affidavit come from my personal observations, my training and

3

experience, and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

6.     There is probable cause to believe that evidence of violations of the following laws of the United States, including the things described in Attachment B, will be found in the property listed in Attachments A, respectively: Title 18, United States Code, Sections 371 (conspiracy); 922(a)(6) (false statement during a purchase of a firearm); 922(a)(1)(A) (engaging in firearms business without a federal firearm license); 924(a)(1)(A) (false statement during a purchase of a firearm); 924(n) (interstate travel to buy firearms to deal without a federal firearm license); and 1001 (false statements or representations to an agency of the United States).

## <u>PROBABLE CAUSE</u>

7.     In 2022, ATF agents became aware of a firearms trafficking scheme involving the movement of .50 caliber rifles, belt-fed rifles, and other firearms from various states to Arizona for resale.  Based on the investigation, Joseph MOSBY, aka "Joe," coordinates a network of straw buyers in Arizona, Wisconsin, North Carolina, Georgia, and Virginia.  Typically, the guns are purchased outside of Arizona and moved to Arizona to resell for profit. Although Joseph MOSBY's permanent residence is unknown, based on the investigation, agents know he travels frequently to Wisconsin, Georgia, North Carolina, and Virginia to purchase guns.  Elijah Mohamed HENRY and Latiere MOSBY, aka "Tiece," are members of the conspiracy who reside in Arizona. Shenicqua BILLINGS-TROUPE, aka "Shenicqua Troupe," resides predominantly in Wisconsin,

but as explained below, obtained 7529 W. Saint Kateri Drive, Laveen, Arizona in May 2022. Between June 2022 and September 2022, members of this conspiracy successfully purchased at least 16 firearms and attempted to purchase at least seven additional firearms. The total cost of the firearms successfully purchased was at least $152,197.91.

8.      As explained below, BILLINGS-TROUPE obtained 7529 W. Saint Kateri Drive, Laveen, Arizona in May 2022. BILLINGS-TROUPE has traveled from Arizona to Wisconsin to purchase firearms, including instances when she traveled with Joseph MOSBY. Moreover, BILLINGS-TROUPE, Joseph MOSBY, and others have used credit cards in her name and "Major Quality Care," which is a company registered to her, to purchase firearms.

9.      There are two primary Armslist accounts[1] associated with this group: "Bobbylue" and "Elijah414". These Armslist accounts are used to advertise guns for sale. Subpoenaed information shows that Latiere MOSBY at 7056 W. Alicia Drive, Laveen, Arizona, telephone (602) 727-7292 ("Latiere MOSBY telephone 1"), and email address Luebobby@yahoo.com is the registrant of the Armslist account "Bobbylue". Subpoenaed information also shows that Elijah HENRY at 7056 W. Alicia Drive, Laveen, Arizona, telephone (480) 823-3716 (HENRY telephone 1), and email address of elijahhenry45@icloud.com is the registrant of the Armslist account

---

[1] Armslist is a website that advertises firearms, firearms accessories, outdoor equipment, other firearm-related materials for sale.

5

"Elijah414". A credit card in the name of "Gemela HENRY" at 7056 W. Alicia Drive, Laveen, Arizona is used to pay the subscription for Armlist account "Elijah414".

10.     I believe the following facts provide further evidence of a conspiracy to move firearms from various points in the United States to Arizona to resell for profit. I believe that further evidence of this conspiracy will be found at 7529 W. Saint Kateri Drive, Laveen, Arizona and 7056 W. Alicia Drive, Laveen, Arizona.

**Identification of 7529 W. Saint Kateri Drive, Laveen, Arizona**

11.     In May 2022, investigators received information, pursuant to a federal search warrant, for the Facebook account used by BILLINGS-TROUPE ("BILLINGS-TROUPE's Facebook account").[2] The messages indicate that BILLINGS-TROUPE was interested in a house in Arizona.

12.     On May 26, 2022, BILLINGS-TROUPE initiated a Facebook Messenger conversation with username Ashley.Grady.12, an account associated with Ashley N. Grady, requesting assistance with obtaining a house. BILLINGS-TROUPE said, "I'm ready for my house boo." Grady asked, "What state[?]" BILLINGS-TROUPE responded, "Az". Grady then sent an image explaining that the cost for procuring a house would be $1,500. Grady also said that she

_____

[2] BILLINGS-TROUPE self-identified as the user of this Facebook account in conversations with others on Facebook. Photographs posted on this account also indicate that BILLINGS-TROUP is the user. In messages, BILLINGS-TROUPE provided (414) 336-1740 ("BILLINGS-TROUPE telephone 1") as her telephone number. BILLINGS-TROUPE also provided this telephone to Federal Firearms Licensees (FFL) during transactions.

6

(Grady) uses her own credit profile number (CPN) to procure the property. Later in the conversation, BILLINGS-TROUPE sent Grady screenshot of an iMessage conversation that shows a CPN. BILLINGS-TROUPE provided a photo of a Wisconsin driver's license bearing the name "Shenicqua Troupe" with an identification number.[3] Grady asked, "Okay question, is the name fake[?]" BILLINGS-TROUPE replied, "Yes", then added, "My real One is Shenicqua BILLINGS-TROUPE." During the conversation, BILLINGS-TROUPE agreed to pay Grady via CashApp. BILLINGS-TROUPE told Grady she wanted a four-bedroom, two-bathroom house for $2,200 per month. BILLING-TROUPE advised she wanted to move in immediately and five total people would use the property.

13. Continuing on June 6, 2022, BILLINGS-TROUPE again contacted Grady on Facebook. BILLINGS-TROUPE asked Grady if she received payment and Grady claimed she had not. BILLINGS-TROUPE told Grady to call "Joe" and provided (980) 880-3374 as his number ("Joseph MOSBY telephone 1"). Subscriber records for this telephone number list Joseph MOSBY as the account holder. BILLINGS-TROUPE also told Grady via Facebook that she had $100,000 in the bank and needed something to invest in.

14. Two days later, on June 8, 2022, BILLINGS-TROUPE told Grady, "I got some moves for you in az It's 10k a flip But I need something less stressful." Grady asked, "What is

---

[3] Investigators queried the identification number through the Wisconsin Department of Motor Vehicles. The search did not yield results.

it[?]" then added, "It might not be stressful for me". BILLINGS-TROUPE sends an audio message in which BILLINGS-TROUPE says, "Moving guns!"

15.     On June 23, 2022, Grady sent a message to BILLINGS-TROUPE confirming she received a $1,000 payment for the Arizona property from Cashapp username "Mia".[4] BILLINGS-TROUPE sent a screenshot of a $2,500 Zelle payment for the property. Grady acknowledged receipt of this money. BILLINGS-TROUPE asked if there was any paperwork for the house and Grady responded no. BILLINGS-TROUPE verified that no one would ever contact her about the property and Grady confirmed nobody will contact her. Grady provided "7529 W. Saint Kateri Drive, Laveen, Arizona," as the address of the property. Grady then provided the lockbox code for keys and directed BILLINGS-TROUPE to initiate utilities at the location. The utility records for this address, obtained via grand jury subpoena, revealed BILLINGS-TROUPE is the account holder for this property as of June 27, 2022.

**Firearm Purchase 1 in Wisconsin**

16.     On June 10, 2022, historical cellular records for Joseph MOSBY telephone 1 and BILLINGS-TROUPE telephone 1 show the two telephones were in the area of Professional Firearm Services in Fond Du Lac, Wisconsin. On June 10, 2022, BILLINGS-TROUPE completed an ATF Form 4473 for an FN M249S belt-fed rifle (5.56 caliber, bearing serial no. M249SA02246)

---

[4] Agents have previously identified a Facebook profile "Mia ROBESON" which appears to belong to Michelle ROBESON, who is the former wife of Joseph MOSBY.

8

at Professional Firearm Services. BILLINGS-TROUPE paid $11,077.50 for the rifle. The owner of the FFL stated a male who identified himself as "Joe MOSBY" was with BILLINGS-TROUPE, and he expressed interest in belt-fed conversion kits for AR style rifles. Joseph MOSBY provided Joseph MOSBY telephone1 as his contact number. Agents showed the owner a photograph of Joseph MOSBY, and he positively identified him as being with BILLINGS-TROUPE. On June 10, 2022, telephone data for Joseph MOSBY telephone 1 show contact with Elijah HENRY telephone 1 and Latiere MOSBY telephone 1.

17. On June 14, 2022, BILLINGS-TROUPE returned to the store and took possession of the above rifle. Following this purchase, telephone data for Joseph telephone 1 and BILLINGS-TROUPE telephone 1 show both devices leave the Wisconsin area and travel towards Phoenix. Toll records for Joseph MOSBY telephone 1 show contacts with Elijah HENRY telephone 1 and Latiere MOSBY telephone 1 multiple times between June 14 and June 17, 2022, as the telephones are moving from Wisconsin to Arizona. On June 17, 2022, telephone data for Joseph MOSBY telephone 1 and BILLINGS-TROUPE telephone1 show both devices in the Phoenix area.

18. Agents reviewed an Armslist posting in which "Elijah414" was selling an FN M249S rifle in Phoenix for $22,000 on June 16, 2022. Below are screenshots of Elijah414's Armslist listing depicting an FN M249S rifle, and a screenshot of an identical photograph located in the Apple iCloud data for elijahhenry45@icloud.com, which was obtained via federal search warrant and lists Elijah HENRY as the subscriber. Metadata embedded in the photograph found in elijahhenry45@icloud.com revealed the photograph was dated June 10, 2022 and was taken in

9

close proximity to Professional Firearm Services in Fond du Lac, WI.  However, cellular location data for Elijah HENRY phone 1 indicates the telephone was in Arizona on June 10, 2022.



*Screenshot of the Armslist posting on June 16, 2022 advertising an FN M249S for sale by "Elijah414"*



*Image taken on June 10, 2022, in WI depicting an FN M249 rifle and case from* [elijahhenry45@icloud.com](mailto:elijahhenry45@icloud.com)

19.     Also on June 16, 2022, "Elijah414's" Armslist account received a message from a user asking if he would consider "20k for the FN" (likely referring to the FN M249S rifle).

10

"Elijah414" provided the number for Elijah HENRY telephone 1 to the potential buyer.  On that same date, the listing is terminated leading investigators to believe the rifle may have been sold. The day before, on June 15, 2022, "Elijah414" Armslist account received a message from a user inquiring about trading a Glock 34 pistol for an AR rifle. "Elijah414" expressed interest in the trade and provided the number for Latiere MOSBY telephone 1 as the contact number.

### Firearm Purchase 2 in Georgia

20.    On June 17, 2022, cellular data for Joseph MOSBY telephone 1 and BILLINGS-TROUPE telephone 1 show the telephones left Phoenix and arrived in the area of Harry Reid Int. Airport, Las Vegas, Nevada.  At 11 pm EST that night, cellular data for Joseph MOSBY telephone 1 show the telephone in the area of Hartsfield-Jackson Int. Airport, Atlanta, GA. On June 18, 2022, BILLINGS-TROUPE telephone 1 was in the Milwaukee area.  I am aware this rapid movement is consistent with air travel.

21.    On June 18, 2022, Joseph MOSBY completed an ATF Form 4473 and purchased an FN M249S belt-fed rifle (5.56 caliber, bearing serial no. M249SA06780) from Grove Pawn and Gun in Locust Grove, GA. In box 22, Joseph MOSBY affixed his signature attesting to the fact that all information he provided on the form was true, correct, and complete.  Joseph MOSBY paid $10,799.99 in cash.  Telephone data show Joseph MOSBY telephone 1 had contact with Elijah HENRY telephone 1 and Latiere MOSBY telephone 1 on June 18, 2022.

22.    The next day, on June 19, 2022, cellular records for Joseph MOSBY telephone 1 show the telephone leaving Atlanta, GA and traveling to Dulles Airport in Dulles, VA, then

11

Norfolk, VA where it remains for a few hours. Then the device travels from Norfolk, VA, to Atlanta, GA, then Las Vegas, Nevada in a rapid manner consistent with air travel. Cellular location data next indicates the telephone arrived in the Phoenix area at approximately 2:45 am on June 20, 2022.

### Firearm Purchases 3, 4, 5, and 6 in Wisconsin

23. On June 29, 2022, historical location data for Joseph MOSBY telephone 1 show the telephone in Marathon City, WI, the location of FFL Zingers and Flingers. Cell phone data for Joseph MOSBY telephone 1 shows contact with Latiere MOSBY telephone 1 on June 29, 2022. Employees of Zingers and Flingers said that on June 29, 2022, Sharise Laquitta BLUNT came into the FFL with a person who identified himself as "Joseph MOSBY." BLUNT provided a State of Wisconsin driver's license and completed the ATF Form 4473 for an FN model M249S, 5.56 caliber belt-fed rifle, bearing serial no. M249SA02391. BLUNT affixed her signature in box 22 attesting to the fact that all information she provided on the form was true, correct, and complete. The background check returned a "delayed" response.[5] BLUNT paid cash for the full amount of the rifle and 10 mm ammunition, totaling $10,209.23.

24. On June 30, 2022, cell phone data for Joseph MOSBY telephone 1 show contacts with Elijah HENRY telephone 1 and Latiere MOSBY telephone 1. BLUNT and Joseph MOSBY

---

[5] A delayed NICS response means a FFL cannot legally transfer a firearm until the delay is changed to a proceed status, or three business days have passed.

returned to the above FFL on this date for BLUNT to take possession of the rifle. Also on this day, BLUNT completed a second ATF Form 4473 for an FN model M249S, 5.56 caliber belt-fed rifle, bearing serial no. M249SA07868. BLUNT stated her address was "3449 N. 2nd Street" in Milwaukee, WI and she provided (262) 573-4051 as her phone number ("BLUNT telephone 1"). BLUNT telephone 1 is subscribed to by BLUNT. At the end of the form, in box 22, BLUNT affixed her signature attesting to the fact that all information she provided on the form was true, correct, and complete. For this second rifle, BLUNT provided $5,700 in cash, and she charged $1,000 to a credit card bearing the name "Joseph MOSBY". BLUNT charged the remaining balance, $3,427.99 to a different credit card also bearing the name "Joseph D. MOSBY". The total paid for the second rifle was $10,127.99.

25.     While Joseph MOSBY was in the FFL with BLUNT on June 30, 2022, he completed an ATF Form 4473 for a Barrett model 82, .50 BMG caliber rifle, bearing serial no. AA014237. While completing this transaction, Joseph MOSBY provided a Georgia driver license's that listed his address as "4705 Bald Eagle Way" in Douglasville, GA. Based on tenant records obtained via Grand Jury Subpoena, agents believe that Joseph MOSBY did not reside at this address. Joseph MOSBY also provided (980) 880-3373 as his telephone number. This number is a digit off from the number for Joseph MOSBY telephone 1. Joseph MOSBY affixed his signature in box 22 of the 4473 attesting to the fact that all information he provided on the form was true, correct, and complete. Joseph MOSBY paid a deposit using a one credit card bearing the name "Shenicqua BILLINGS" and one credit card bearing the name "Major Quality Care."

13

Wisconsin Department of Financial institution records show that "Major Quality Care, LLC," founded in 2017, is registered to "Shenicqua BILLINGS" at 3431 N. 13th Street, Milwaukee, WI. Employees of the FFL did not observe BILLINGS-TROUPE at this transaction, but cellular location data for BILLINGS-TROUPE telephone 1 show that telephone was pinging off cell towers that cover Zingers and Flingers in Marathon City, WI while this transaction was occurring.

26.     Joseph MOSBY returned to Zingers and Flingers on July 1, 2022 and paid the remaining balance for the Barrett rifle in three transactions using two cards bearing his name and one card bearing the name "Major Quality Care," which is BILLINGS-TROUPE's business. In total, Joseph MOSBY paid $10,021.44 for the rifle.

27.     Also on this date, bank records for the account belonging to Joseph MOSBY, obtained via Grand Jury subpoena, show a purchase with American Airlines consistent with airfare.  Cellular location data for BILLINGS-TROUPE telephone 1 and Joseph MOSBY telephone 1 on July 3, 2022, show the telephones in the area of Milwaukee, WI, and then Phoenix, AZ, which is consistent with air travel.

28.     Continuing on July 3, 2022, BILLINGS-TROUPE's Facebook account shows the following photograph depicting a Barrett .50 BMG caliber rifle and two FN M249S rifles, which are the type of firearms purchased in Zingers and Flingers in Wisconsin a few days earlier.  The BILLINGS-TROUPE Facebook account also shows the following photograph displaying what appears to be .50BMG ammunition loaded into Barrett magazine.

14



*Photographs depicting a Barrett .50 caliber rifle and two belt fed rifles and ammunition*

29.    On July 4, 2022, BILLINGS-TROUPE posted four Facebook videos which depicted her and an individual who looks like Joseph MOSBY shooting a Barrett .50 BMG caliber rifle and two M249S belt-fed rifles in the desert.  As mentioned above, these are consistent with the models purchased by Joseph MOSBY and BLUNT in Wisconsin.  On that same date, Gila River Police Department (GRPD) cited Joseph MOSBY for trespassing on an Indian reservation outside of Phoenix.  Review of the officer's body camera footage revealed Joseph MOSBY, BILLINGS-TROUPE, Elijah HENRY, and Latiere MOSBY in a white Nissan Titan pickup. The vehicle was registered to EAN Holdings which I know to be a rental vehicle belonging to Enterprise Rent-A-Car.  During his contact with Joseph MOSBY, GRPD located and verified the serial numbers of the below listed firearms that were in the vehicle:

- Barrett M82A1 rifle (bearing serial number AA014237); sold to Joseph MOSBY on July 1, 2022, in Wisconsin;
- FN M249S rifle (bearing serial number M249SA02391); sold to BLUNT on June 30, 2022, in Wisconsin;
- FN M249S rifle (bearing serial number M249SA07868); sold to BLUNT on June 30, 2022, in Wisconsin;
- Glock model 19X pistol (bearing serial number BWZH058); sold to Elijah HENRY on June 26, 2022 in Arizona;
- Glock model 45 pistol (bearing serial number BUET821); sold to Kirby A. Beaver on

15

November 27, 2021; and

- Glock model 19 pistol (bearing serial number BURE481); sold to Abigail M. Cole on October 30, 2021.

30.     Joseph MOSBY stated to GRPD he was the owner of all the firearms, and he purchased the M249S rifles in Wisconsin for investment purposes. He explained he paid $12,000 for each rifle.   Joseph MOSBY provided the number for Joseph MOSBY telephone 1 as his telephone and stated he resided in Georgia.  GRPD did not encounter BLUNT. Historical location data for BLUNT telephone 1 show that the telephone was in Wisconsin at the time of this incident in Gila River.

31.     Between July 11, 2022, and July 14, 2022, six ATM deposits were made into an account belonging to Joseph MOSBY at ATM machines in the Phoenix area totaling $4,000. Cellular records for Joseph MOSBY telephone 1 indicate Joseph MOSBY was in the Phoenix area on the dates these deposits were made.

32.     On July 12, 2022, tracking information for Joseph MOSBY telephone 1 show it was in Phoenix.  On that same day, BLUNT returned to FFL Zingers and Flingers in Marathon City, WI, and completed ATF Form 4473 for a Barrett, model 107A1, .50 BMG caliber rifle, bearing serial no. AE008151. BLUNT affixed her signature in Box 22 of the 4473 attesting to the fact that all information she provided on the form was true, correct, and complete. BLUNT paid the deposit in two transactions; one in cash and the second using a credit card bearing the name "Major Quality Care," which is registered to BILLINGS-TROUPE. Cellular location data for

16

BILLINGS-TROUPE telephone1 show the telephone "pinging" on a cellular tower covering Zingers and Flingers at the time of the transaction.

33.　　Four days later, on July 16, 2022, BLUNT and a female who identified herself as BILLINGS-TROUPE returned to FFL Zingers and Flingers.　BLUNT paid the remaining balance in two transactions: one in cash and one using the credit card "Major Quality Care" (business account of BILLINGS-TROUPE).　The total paid for the Barrett rifle was $13,364.52.　While in the FFL with BLUNT, BILLINGS-TROUPE provided a state of Wisconsin driver license's and filled out an ATF Form 4473 to purchase a Kriss model Vector, .45 caliber pistol bearing serial no. 45P017434. BILLINGS-TROUPE listed "3431 N. 13th Street" in Milwaukee, WI on the ATF Form 4473 and the number for BILLINGS-TROUPE telephone 1 for the store profile. At the end of the 4473, in box 22, BILLINGS-TROUPE affixed her signature attesting to the fact that all information she provided on the form was true, correct, and complete.　BILLINGS-TROUPE paid a deposit in two transactions: one in cash, and one using the credit card bearing the name "Major Quality Care".　As of the date of this affidavit, BILLINGS-TROUPE has not returned to take possession of the firearm.

34.　　On July 19, 2022, a teller deposit in an unknown location, totaling $5,000 was made into the Chase bank account belonging to Joseph MOSBY.　Telephone tracking information for Joseph MOSBY telephone 1 show it was in Wisconsin.　On July 20, 2022, a card linked to the account belonging to Joseph MOSBY conducted a purchase at a BP gas station in Wisconsin.

17

35.     On July 21, 2022, cellular location data for Joseph MOSBY telephone 1 show the phone was in Wisconsin.  Joseph MOSBY's bank account shows numerous financial transactions at gas stations along the highway on the direct route to the Laveen, Arizona area from Wisconsin starting around July 21, 2022. The activity is consistent with someone driving from Wisconsin to Arizona. Cellular location data for Joseph MOSBY telephone 1 show it near 7529 W. Saint Kateri Drive, Laveen, Arizona and 7056 W. Alicia Drive, Laveen, Arizona on July 22, 2022.

36.     On July 21, 2022, while Joseph MOSBY was driving to Arizona, the Armslist account "Elijah414" created a listing which advertised a "50 bmg" for sale for $23,000 dollars. Based on my training and experience, the term "50 bmg" is likely referring to the caliber of ammunition ".50 BMG" which is found on the Barrett rifle.  The image accompanying the listing depicted a tan colored Barrett model M107A1 that was photographed inside a hard-sided plastic case on commercial style carpet flooring consistent with the flooring at FFL Zingers and Flingers, in WI.  As mentioned above, BLUNT purchased a Barrett, model 107A1, .50 BMG for $13,364.52 on July 16, 2022, at Zingers and Flingers.



*Screenshot of listing posted by "Elijah414" on July 21, 2022*

37.     On the same date, the Armslist account "Elijah414" received messages from a user inquiring about and negotiating a price for the "bmg (Barrett)". The user of "Elijah414" said he would sell the rifle for $18,000.  Also on July 21, 2022, another Armslist user messages "Elijah414" and asks why they are selling a "107" (referring to a Barrett M107A1 rifle) for "$24K" when they typically sell for "11K Brand new".  The user of "Elijah414" does not respond.

38.     On July 22, 2022, the user of "Elijah414" began exchanging messages with a user who was inquiring about the price of a firearm.[6]  "Elijah414" responded $25,000. The user remarked that the most they had seen for this type of firearm was $18,000.  There was no further communication between "Elijah414" and this user.

### Firearm Purchases 7 and 8 in Wisconsin

39.     Cellular records for (470) 756-1501, a telephone used by Andrew MOSBY[7] ("Andrew MOSBY telephone 1"), show communications with FFL Shell Shock Armory LLC in Somerset, WI on July 19, 2022.  Also on this date, Cashapp records for username $Drewbandz96, which, based on subpoenaed information, is registered to Andrew MOSBY, show a $2,500.00 payment from "Gemela Shabazz" from IP address 67.40.93.135. This IP address 67.40.93.135 is associated with the Armslist accounts "Luebobby" and "Elijah414".  As mentioned above, Armslist account "Luebobby" is subscribed to by Latiere MOSBY.  A credit card in the name of

---

[6] It is unclear what type of firearm they are referring to in the messages.

[7] Andrew MOSBY provided this telephone number to an FFL.

19

"Gemela HENRY" with the address of 7056 W. Alicia Drive, Laveen, Arizona is used to pay the subscription for Armlist account "Elijah414".

40.     On that same date, July 19, 2022, location data for Elijah HENRY telephone 1 and Andrew MOSBY telephone 1 show both telephones traveling together from Milwaukee, WI to Somerset, WI.  Also on this day, cell phone data for Joseph MOSBY telephone 1 show contacts with Elijah HENRY telephone 1 and Latiere MOSBY telephone 1.

41.     Continuing on July 19, 2022, Andrew MOSBY and Elijah HENRY went to FFL Shell Shock Armory in Somerset, WI.  Andrew MOSBY completed an ATF Form 4473 for the transfer of a SMGCO model RPD, 7.62 caliber rifle bearing serial number MB182 and a DS Arms model RPD, 7.62 caliber rifle bearing serial number RPDS013608.  Andrew MOSBY affixed his signature in box 22 of the 4473 attesting to the fact that all information he provided on the form was true, correct, and complete.  The purchase price for the two firearms was $13,927.50.  Agents observed Elijah HENRY on surveillance footage with Andrew MOSBY during the completion of the background check, which resulted in a delayed response.

42.     Four days later, on July 23, 2022, BMO Harris bank records for the account belonging to Andrew MOSBY show a deposit of $11,260, via teller in Goodyear, Arizona. I reviewed the bank surveillance footage of the transaction, which show that Joseph MOSBY made the deposit.  Two days later, on July 25, 2022, $3,100 was deposited via teller by an unknown individual at a BMO Harris Bank branch in Goodyear, Arizona, into the bank account belonging

20

to Andrew MOSBY. Also, on July 25, 2022, cell telephone data for Joseph MOSBY telephone 1 show communications with Elijah HENRY telephone 1 and Latiere MOSBY telephone 1.

43.    Continuing on July 25, 2022, Andrew MOSBY returned to Shell Shock Armory in Wisconsin and took possession of the two firearms. Location data for Elijah HENRY telephone 1 show it was in Arizona on July 25, 2022.

44.    Andrew MOSBY paid $13,927.50 for the rifles in two transactions: one a Cashapp purchase (username $Drewbandz96) for $3,240, the remaining $10,687.50 was paid in cash. Cashapp records for username $Drewbandz96, also show Andrew MOSBY received a $300.00 payment from "Elijah" on July 25, 2022. Between July 19 and July 25, 2022, records show that Andrew MOSBY received about $17,160 in total from the two Arizona deposits and the two Cashapp payments from "Gemela Shabazz" and "Elijah".[8]

45.    On July 28, 2022, the Armslist account "Elijah414" listed a black colored "Rpd" for sale for $17,000 and a "Rpd" with wood finish grips also for $17,000. The images in both listings appear to be taken in the same location. In the photograph for the black RPD rifle, a portion of the photographer's outfit was captured in the image. The image revealed the photographer was wearing light grey sweatpants and slip-on shoes. This is consistent in appearance with Andrew

---

[8] A review of Andrew MOSBY's Department of Workforce Development employment history show that he received less than $20,000 in wages between 2017 and June 2022. Furthermore, Andrew MOSBY received less than $6,000 in wages in the last 3.5 years.

MOSBY's clothing in surveillance footage captured at Shell Shock Armory in Wisconsin on July 25, 2022.



*Screenshots of two Armslist RPD listings posted by "Elijah414" on July 28, 2022*



*Screenshot from July 25, 2022 RPD purchase by Andrew MOSBY in Wisconsin*

46.     On July 29, 2022, Armslist account "Elijah414" received a message from Armslist user "Chory," stating "I interesate are boyh available". "Elijah414" responded "Yeah". "Chory" replied, "nice can we meet tomorrow I be available tomorrow", then added, "5204818521 yansel Martinez by name and number texne tomorrow tha way we can figurate the time and everything". There is no listing associated with this conversation, but based on timing, I believe this conversation may be related to the RPD firearms listed on July 28, 2022.[9]

_____

[9] There were two other contacts with Armslist user "Chory". On June 15, 2022, "Chory" contacted "Bobbylue" and stated, "I interesate 520/5433045 my number text please if you have available". Yanssel Rubio MARTINEZ, aka

**Firearm Purchase 9 in Virginia**

47.     On July 25, 2022, BMO Harris financial records for the account belonging to Joseph MOSBY show a $2,560 withdrawal, a purchase from Frontier Airlines, and a gas purchase in Kingman, Arizona.  Later, there is a purchase at a Burger King located in Orlando, FL, and finally a purchase at a Dollar Tree in Norfolk, VA. These transactions lead investigators to conclude Joseph MOSBY was traveling from Arizona to Virginia via air travel.

48.     On July 26, 2022, cellular location data for Joseph MOSBY telephone 1 show the telephone was near Fredricksburg, VA, the location of FFL Liberty Pawn and Gold, 616 Stoney Creek Drive.  On this date, Joseph MOSBY completed an ATF Form 4473 for a Barrett model 82A1, .50 BMG caliber rifle, bearing serial no. AA013817, which he purchased for $8,999.99. The FFL stated Joseph MOSBY provided a Georgia driver's license and asserted on the ATF Form 4473 that he resided at "6140 Cooper Street" in Douglasville, GA, which was a different address than the address he provided on June 30, 2022, at FFL Zingers and Flingers in Wisconsin.   At the end of the form, in box 22, Joseph MOSBY affixed his signature attesting to the fact that all information he provided on the form was true, correct, and complete. Agents later determined, through leasing records obtained via grand jury subpoena, Joseph MOSBY did not reside at this

---

"Chory," is the subscriber of (520) 543-3045 ("Martinez telephone 1"). Then on August 22, 2022, Armslist username "Chory" again messaged "Bobbylue", "I'm intered how much you want for it.  "Bobbylue" responded, "16k".  Based on my training and experience, I believe that MARTINEZ messaged "Bobbylue" to express interest in a firearm that "Bobbylue" was selling for $16,000 on Armslist.

address at the time of this purchase. Call records for Joseph MOSBY telephone 1 show an approximately four-minute call with Elijah HENRY telephone 1 at approximately 6:01 pm EST. According to the timestamp on the receipt, the purchase at FFL Liberty Pawn and Gold was completed at 6:24 pm EST.

49.     On July 27, 2022, the bank account belonging to Joseph MOSBY show a charge from Double Tree Hotel in Norfolk, VA, and a purchase consistent with airfare from American Airlines.  On this date, the account also shows purchases with AirBnB and Harbor Freight in Richmond, VA.

50.     On July 29, 2022, the Armslist account "Elijah414 messaged an Armslist user about an unknown firearm which the user was selling and asked if he would need anything besides cash to complete the transaction, and he tells the user he has a state of Arizona ID.  The user responded, "We just need to meet at a gun shop so we can do a legit FFL transfer to you.  Are you in Virginia?" Elijah414 answered, "Yes Im currently in Virgina will I be able to complete the process with my Arizona id".   The user responded, "I think you could as long as you can provide an AZ address for the paperwork", then added, "You can do it with the AZ ID, but youll need a secondary document showing the same address as the AZ ID.  Like a bank statement, lease, bank check, utility bill, almost anything."  "Elijah414" concludes the conversation by asking the user for his phone number, then the user responds "sure" and sends a telephone number.  Cellular location data for Elijah HENRY telephone 1 indicates this telephone was in Arizona on July 29, 2022. I believe the user of "Elijah414" was attempting to find firearms in Virginia that were available for

immediate purchase while Joseph MOSBY was in Virginia. It should be noted only rifles can be transferred to out of state residents at a FFL.

51. On August 1, 2022, agents located a transaction for the account belonging to Joseph MOSBY at Barros Pizza in Laveen, Arizona. Tracking information Joseph MOSBY telephone 1 show it pinging off cellular towers that cover 7529 W. Saint Kateri Drive, Laveen, Arizona and 7056 W. Alicia Drive, Laveen, Arizona. I believe Joseph MOSBY was in Arizona on August 1, 2022.

## Attempted Purchases of a Firearms in Wisconsin

52. On August 2, 2022, Joseph MOSBY deposited $11,260, via teller, into Andrew MOSBY's BMO Harris account, at a branch located in Goodyear, Arizona.

53. On August 4, 2022, Andrew MOSBY went to FFL Zingers and Flingers in Wisconsin, and completed the ATF Form 4473 for an Ohio Ordinance model M2 SLR, .50 caliber belt-fed rifle, bearing serial no. 850224 and received a delayed response. Andrew MOSBY affixed his signature in box 22 of the 4473 attesting to the fact that all information he provided on the form was true, correct, and complete. Andrew MOSBY stated he lived at "6744 N. Sidney Place, Unit 106" in Glendale, WI, and provided the number for Andrew MOSBY telephone 1. Investigators are aware, through tenant records obtained via grand jury subpoena, that Andrew MOSBY did not reside at that address on August 4, 2022. Andrew MOSBY has not returned pay for the rifle which Andrew MOSBY stated he intended to pay in cash. The cost of the rifle was $19,000.

26

54.     On August 6, 2022, telephone records for Andrew MOSBY telephone 1 show a call to Elijah HENRY telephone 1 and to FFL Select Fire Weaponry, located in Waukesha, WI.

55.     On August 8, 2022, at approximately 1:45 pm CST, Andrew MOSBY went to FFL Select Fire Weaponry, completed an ATF Form 4473, and attempted to complete a Gunbroker.com[10] transaction for a belt fed FN M249 rifle (5.56 caliber, bearing serial no. M249SA02553).   Andrew MOSBY declared on the form in response to the question 10, that he resided at "6744 N. Sidney Place" in Glendale, Wisconsin 53209.   Andrew MOSBY provided a Wisconsin identification card, which listed his address as 6744 N. Sidney Place, Unit 106 in Glendale, Wisconsin 53209. At the end of the form, in box 22, Andrew MOSBY affixed his signature attesting to the fact that all information he provided on the form was true, correct, and complete.

56.     While conducting the transaction, Andrew MOSBY stated to the employee he intended to pay in cash and he would have to go to three BMO Harris ATMs to collect the funds. The employee notified Andrew MOSBY that they required a non-refundable cash deposit before conducting the background check.   The employee also overheard Andrew MOSBY call someone to explain the FFL was requiring a deposit and asking for permission to pay the cash deposit.   At 1:48 pm CST, call records for Andrew MOSBY telephone 1 show a two minute and seventeen second call to Elijah HENRY telephone 1. At 2:42 pm CST, telephone records show a three minute

---

[10] GunBroker.com is an auction website specializing in the sale of firearms and related items.

and thirty-eight second call from Elijah HENRY telephone 1 to Andrew MOSBY telephone 1. Andrew MOSBY received a NICS "delayed" response and the firearm was subsequently never transferred to him.

57.     On August 9, 2022, the property manager at the Glen Hills Apartment, stated Andrew MOSBY has never resided at 6744 N. Sidney Place, Unit 106, or any other unit in the building and she did not recognize him from a photograph. The current tenant of unit 106, who moved in on August 1, 2022, stated they did not know Andrew MOSBY and he does not reside with them in unit 106. The tenant also did not recognize Andrew MOSBY when shown a photograph.

### Firearm Purchases 10 And 11 in Arizona

58.     On August 2, 2022, Elijah HENRY purchased an FN model M249S 5.56 caliber belt-fed rifle from FFL J&G Sales Ltd. In 440 Miller Valley Road, Prescott, Arizona. According to the sales receipt, Elijah HENRY found the firearm advertised on the website Gunbroker.com and he selected in-store pickup. Elijah HENRY listed his address on the order and ATF Form 4473 as "7056 W. Alicia Drive" in Laveen, Arizona, and paid $9,936.53 for the rifle. At the end of the form, in box 22, Elijah HENRY affixed his signature attesting to the fact that all information he provided on the form was true, correct, and complete. Cell phone data for Joseph MOSBY telephone 1 show communications with Latiere MOSBY telephone 1 on August 2, 2022.

59.     On August 11, 2022, cell phone data for Joseph MOSBY telephone 1 show communications with Elijah HENRY telephone 1 and Latiere MOSBY telephone 1. Also on this

28

day, Elijah HENRY completed an ATF Form 4473 for and took possession of Browning, model M1919, .308 caliber rifle bearing serial no. 2402 from FFL On Target Enterprises in Kingman, Arizona, for approximately $6,486. At the end of the form, in box 22, Elijah HENRY affixed his signature attesting to the fact that all information he provided on the form was true, correct, and complete.

60. Three days later, on August 14, 2022, the Armslist account "Elijah414" created a listing that advertised a "Browning M1919" for sale for $14,000. The image accompanying the listing depicted a belt-fed rifle mounted on a tripod next to an open garage door.



*Screenshot of listing posted by "Elijah414" on August 14, 2022*

61.     Continuing on August 14, 2022, the Armslist account "Bobbylue" (Latiere MOSBY) created a listing which advertised a "Browning 1919" for sale or trade and solicited interested parties to contact him. The listing also communicated he was interested in trading for belt-fed firearms. The image accompanying the listing depicted what appeared to be a Browning 1919 belt-fed rifle mounted on a tripod.



*Screenshot of listing posted by "Bobbylue" on August 14, 2022*

62.     In another message received on August 14, 2022, an Armslist user messaged Armslist account "Bobbylue" about the Browning rifle listing and offered to trade. The users discussed trade value and "Bobbylue" stated he needed at least $15,000 in value in return.

**BILLINGS-TROUPE Deposits $10,800 into Joseph MOSBY's Account**

63.     On August 16, 2022, BILLINGS-TROUPE deposited $10,800 into the BMO Harris account belonging to Joseph MOSBY. BILLINGS-TROUPE provided identification to the teller when she made the deposit.  This account was the same BMO Harris account from which Joseph MOSBY transferred money to Andrew MOSBY's account on August 2, 2022.  BILLINGS-TROUPE made the deposit at a BMO Harris branch in Goodyear, Arizona.

**Yanssel Martinez's Encounters with Law Enforcement**

64.     On August 18, 2022, Yanssel MARTINEZ was stopped at the port of entry in Nogales, Arizona, as he and another individual were exiting the United States to enter Mexico. Inside their vehicle, Customs and Border Patrol (CBP) recovered rifles.  The passenger took responsibility for the firearms and MARTINEZ was not arrested.  Then on September 8, 2022, Mexican authorities seized 32 firearms, 4,536 magazines, and 3,045 rounds of ammunition in Nogales, Sonora, Mexico.  During an interview with ATF, one of the original purchasers of one of the firearms recovered in Mexico said that the firearm was sold to an individual using the number for Yanssel MARTINEZ telephone 1.  On October 8, 2022, MARTINEZ was again stopped at the port of entry in Nogales, Arizona, as he was exiting the United States.  CBP recovered three AK style rifles, one RPD belt-fed rifle, an RPD drum magazine, three AK style magazines, and one RPD parts kit.  MARTINEZ was arrested and is pending trial.  MARTINEZ has admitted he is part of group who smuggles weapons into Mexico from the United States.  A consent search of Yanssel MARTINEZ telephone 1 show numerous screenshots of Armlists

postings for Barrett .50 caliber rifles. Telephone records for Yanssel MARTINEZ telephone 1 show that between February 23, 2022, and May 8, 2022, Elijah HENRY telephone 1 and Yanssel MARTINEZ telephone 1 had 388 contacts and Elijah HENRY telephone 1 was the second most frequent contact. After May 8, 2022, there were no further contacts between the two telephones. To date, none of the firearms linked to Yanssel MARTINEZ have traced back to Joseph MOSBY, Latiere MOSBY, Elijah HENRY, or BILLINGS-TROUPE.

### Firearm Purchases 12 And 13 in Georgia

65.     On September 9, 2022, cell phone data for Joseph MOSBY telephone 1 show communications with Elijah HENRY telephone 1 and Latiere MOSBY telephone 1. Also on this day, cellular location data for Joseph MOSBY telephone 1 show the telephone in the immediate area of 7529 W. Saint Kateri Drive, Laveen, Arizona and 7056 W. Alicia Drive, Laveen, Arizona in Laveen, Arizona, before moving to Sky Harbor Airport, Phoenix, AZ. Joseph MOSBY telephone 1 was next located in Hartsfield-Jackson Int. Airport, Atlanta, GA, then a short time later in Savannah, GA. This movement is consistent with air travel.

66.     On that same date, September 9, 2022, Joseph MOSBY telephone 1 then traveled to the area of SPI Guns FFL in Hinesville, GA in a time consistent with driving. Once at SPI Guns, Joseph MOSBY completed an ATF Form 4473 for a Barrett model 82A1, .50 caliber rifle, bearing serial number AA012840 and asserted he lived at "6140 Cooper Street, Apt. 13" in Douglasville, GA, which was different than the addresses he previously provided to FFLs to purchase firearms. Joseph MOSBY paid $9,719.22, in cash and took possession of the rifle. The Apple iCloud data

32

for the account elijahhenry45@icloud.com contained a screenshot of the google.com listing for SPI Guns in Hinesville, GA with the address and telephone number visible, dated August 15, 2022.

67.    Following this transaction, location data for Joseph MOSBY telephone 1 show it at FFL McWhorter Custom Rifles in Doerun, Georgia.  Once there, Joseph MOSBY completed an ATF Form 4473 for a Barrett model 82A1 rifle, .50 BMG caliber rifle bearing serial number 4179, asserting on the form he lived at "6140 Cooper Street, Apt. 13" in Douglasville, GA, which was the same address he provided to FFL SPI Guns in Hinesville, Georgia.  Joseph MOSBY paid $8,996.40 and took possession of rifle that day. The Apple iCloud search warrant data for the account elijahhenry45@icloud.com contained a screenshot of the google.com listing for McWhorter Custom Rifles in Doerun, GA with the address and phone number visible, dated August 15, 2022.

68.    Following the second transaction on September 9, 2022, location data for Joseph MOSBY telephone 1 show it moving from Hartsfield-Jackson Int. Airport, Atlanta, GA, with a layover in Los Angeles, CA, and ending in Phoenix.  The device traveled directly to the area of 7529 W. Saint Kateri Drive, Laveen, Arizona and 7056 W. Alicia Drive, Laveen, Arizona after leaving the airport.

69.    On September 10, 2022, the Armslist account "Elijah414" created a listing in which he advertised a "Barrett 50 BMG" for sale with an unspecified price.  The image accompanying the listing depicted two Barrett rifles on top of a kitchen counter that looks like the kitchen at 7529 W. Saint Kateri Drive, Laveen, Arizona.

33



*Screenshot of listing posted by "Elijah414" on September 10, 2022*

70.     On September 11, 2022, an Armslist user messaged the account "Elijah414" to inquire about a Barrett rifle for sale.   On that same date, another Armslist user messaged "Elijah414" and showed interest in the "50s", likely referring to .50 caliber rifles.  On September 12, 2022, an Armslist user messaged "Elijah414" and asked, "How much you asking", and "Elijah414 does not respond. On the same date another user messaged, "Hey about how much are you looking to get for one barrett?" and "Elijah414" does not respond.

34

**Firearm Purchases 14, 15, and 16 in North Carolina**

71.     Toll analysis for Elijah HENRY telephone 1 show a call to FFL Fuquay Gun and Gold in Fuquay, NC on September 16, 2022.   On September 16, 2022, William G. ROBINSON IV completed an ATF Form 4473 for an FN M249S belt-fed rifle (model M249S, 5.56 caliber rifle, bearing serial no. M249SA05895) and took possession of the firearm from FFL Fuquay Gun and Gold.  ROBINSON asserted he resided at "205 E. 1st Street" in Lexington, NC, which agents know to be false because ROBINSON later admitted he lived elsewhere in an interview with agents. Agents confirmed that he did not reside at this address through leasing records, obtained via grand jury subpoena, ROBINSON lives at 10 Jamaica Drive, Lexington, NC.

72.     At the end of the form, in box 22, ROBINSON affixed his signature attesting to the fact that all information he provided on the form was true, correct, and complete.   In-store surveillance footage from this transaction show Joseph MOSBY present during ROBINSON's purchase and is observed opening a backpack and pulling out a large stack of cash and paying for the firearm.  The receipt indicates $10,186.74 was paid in cash for the rifle.

73.     Toll analysis for Elijah HENRY telephone 1 show a call to FFL Wild Indian Gun Company ("Wild Indian") in Goldsboro, NC, on September 16, 2022.  On September 19, 2022, ROBINSON completed an ATF Form 4473 for a Barrett rifle (model M82A1, .50 BMG caliber, bearing serial no. AA014419) and took possession of the firearm at FFL Wild Indian Gun Company. ROBINSON paid $8,999 for the rifle, which was paid in cash. On the ATF Form 4473, ROBINSON again stated he resided at "205 E. 1st Street" in Lexington, NC, and provided his

phone number as "(743) 236-1208" on the purchase paperwork. At the end of the form, in box 22, ROBINSON affixed his signature attesting to the fact that all information he provided on the form was true, correct, and complete.

74.     Toll analysis for Elijah HENRY telephone 1 revealed a call to FFL First Light Guns located at 111 S. Caswell Street, La Grange, NC, on the morning of September 22, 2022.  The owner of First Light Guns stated that on September 22, 2022, Precious Inez CRENSHAW completed an ATF Form 4473, purchased and took possession of an FN M249 rifle (model M249, 5.56 caliber, bearing serial no. M249SA05719). CRENSHAW paid $9,345.79 for the rifle.  On the form, CRENSHAW asserted she resided at "2013 Cedar Fork Drive" in Greensboro, NC. At the end of the form, in box 22, CRENSHAW affixed her signature attesting to the fact that all information she provided on the form was true, correct, and complete. Agents determined through leasing documents that CRENSHAW did not reside at this address when making this purchase.

75.     As explained further below, pursuant to a search warrant, investigators searched telephone (336) 628-1344 used by Shakila Dontae MOORE ("Moore telephone 1"), who admitted to purchasing a firearm for Joseph MOSBY.  Investigators identified a text conversation between MOORE and Joseph MOSBY that occurred on September 21, 2022, in which he tells MOORE he is going to send her money and directs her to send it to telephone number (704) 315-0126, which is subscribed to by CRENSHAW.  MOORE replies, "It's sent."  Investigators also located a Facebook account, username "Precious Mariposa Crenshaw," which prominently displays photographs of CRENSHAW, who is Facebook friends with the Facebook account username "Joe

36

Mosby." The account "Joe MOSBY" has photographs of Joseph MOSBY prominently displayed leading investigators to believe he is the owner of the account.

76. On October 17, 2022, a Grand Jury Subpoena was served to Ronald Greene at 921 Logandale Court, Greensboro, NC. Paul Greene Sr. is the listed owner of 2013 Cedar Fork Drive, Greensboro, NC, which is the address CRENSHAW declared as her residence on the ATF Form 4473 during her rifle purchase on September 22, 2022. Ronald Greene stated his father is in poor health but explained Ronald Greene is employed with the company to perform maintenance on the property. Ronald Greene stated CRENSHAW is the daughter of the lease holder, Celestine Crenshaw. Greene stated CRENSHAW has not resided at the property for "some time," and stated Celestine Crenshaw was the current tenant.

## Attempted Purchases of Firearms in Georgia

77. On September 14, 2022, Frontier Airlines records show Joseph MOSBY and Michelle ROBESON flew from Phoenix, AZ to Charlotte, NC. That same day, the manager of SPI Guns in Georgia, where Joseph MOSBY had previously purchased a Barrett on September 9, 2022, stated Joseph MOSBY called the FFL, using Joseph MOSBY telephone 1, and asked to purchase another Barrett rifle. Joseph MOSBY told the employee his friend was going to purchase the rifle.

78. On September 15, 2022, the employee had further text communications with the user of Joseph MOSBY telephone 1and the user of the phone stated "Andrew" or "Andrew's wife" would come and purchase the Barrett rifle.

79.    On September 16, 2022, the employee had further text communications with the user of Joseph MOSBY telephone 1 to discuss the sale of the Barrett. The user of the telephone stated his friend would pay approximately $12,000 cash for the rifle and his friend's wife would come to the store. Ultimately, SPI denied the sale due to concerns that Joseph MOSBY was involved in straw purchasing.

80.    On September 24, 2022, cell phone data for Joseph MOSBY telephone 1 show communications with Latiere MOSBY telephone 1.  Also on this day, the manager of SPI Guns in Georgia stated he was again contacted about firearms by Joseph MOSBY, who was using Joseph MOSBY telephone 1.

81.    On that same day, September 24, 2022, according to the manager, Joseph MOSBY and MOORE came to the SPI Guns inquiring about a Barrett rifle, as well as a FN model M249, 5.56 cal. belt-fed rifle bearing serial number M2493AO7957. While in the FFL, Joseph MOSBY, provided a Georgia driver's license, and completed an ATF Form 4473, to buy the FN M249 rifle. Joseph MOSBY declared on the form that he resides at "6140 Cooper Street, Apt. B" in Douglasville, GA, which was the address he previously provided.   While in the FFL with Joseph MOSBY, MOORE provided a Georgia driver's license, and completed an ATF Form 4473 for a Charter Arms revolver (model The Lavender Lady, caliber .38sp, bearing serial no. 21L22853) and a Barrett rifle (model M107A1, .50 caliber, bearing serial no. AE009541).  MOORE provided a Georgia driver's license and declared on the ATF Form 4473 that she lives at "2046 Rector Drive SW" in Atlanta, GA.  MOORE also provided the number for Moore telephone 1. At the end of the

38

form, in box 22, MOORE affixed her signature attesting to the fact that all information she provided on the form was true, correct, and complete. Agents have determined through grand jury subpoena information that MOORE did not reside at the Rector Drive address at the time she completed the ATF Form 4473, and she in fact resided at 10 Jamaica Drive, Lexington, NC.

<u>**Search and Interview of Joseph MOSBY**</u>

82.     Four days later, on September 28, 2022, Joseph MOSBY returned to SPI Guns in Hinesville, Georgia where agents were waiting to interview him and execute a federal search warrant for Joseph MOSBY's person and vehicle. Joseph MOSBY arrived, as the sole occupant, in a white Chevrolet Equinox (bearing California license plate 8WKY267). Cell phone data for Joseph MOSBY telephone 1 show a contact with Latiere MOSBY telephone 1 lasting more than two hours on September 28, 2022, while Joseph MOSBY telephone 1 traveled to Hinesville, GA.

83.     During his post-*Miranda* interview, Joseph MOSBY stated he currently resides at 6140 Cooper Street, Apt. B in Douglasville, GA 30134, which is the address he has previously listed on several ATF Form 4473's during the purchase of firearms. Joseph MOSBY stated he has resided there for several years, and stated he lives with his brother "Ronald ROBESON," whom he said was the leaseholder. Joseph MOSBY stated he drove from that address today and it took him approximately 90 minutes to get to SPI guns. Location data for Joseph MOSBY telephone 1 show it was in Winston Salem, NC before it traveled directly to the FFL in Hinesville, GA.

84.     Joseph MOSBY stated the Barrett rifle he previously purchased from SPI Guns on September 9, 2022, was the first Barrett rifle he has purchased. Joseph MOSBY also stated the FN

M249S belt-fed rifle for which he filled out the ATF Form 4473 on September 24, 2022, was going to be the first firearm of this type he has owned. Joseph MOSBY also said that he was purchasing the firearms for his collection.

85.　　As mentioned above, Joseph MOSBY purchased a Barrett .50 caliber rifle from Zingers and Flingers in Wisconsin, on June 30, 2022.　Additionally, during the above-referenced police contact, Joseph MOSBY had with Gila River PD (GLPD) on July 4, 2022, Joseph MOSBY told GLPD that he was the owner of a Barrett rifle and the two M249S rifles which were in his possession and examined by the officer.　The two M249s rifles were purchased by BLUNT in Wisconsin.

86.　　During the search of Joseph MOSBY's person, I located $12,312 in United States currency, which MOSBY stated was going to be used to finalize the purchase of the FN M249S rifle and a state of Georgia Driver license listing the address "6140 Cooper Street, Apt. B" In Douglasville, GA.　During the search of Joseph MOSBY's vehicle, investigators located the following items: Apple iPhone (bearing IMEI 353763868701190) in a translucent plastic case; and a laminated FN M249 document which contained instructions to assemble the firearm. As agents collected Joseph MOSBY's telephone, the screen lit up and revealed a missed call from a contact named "Elijah HENRY" via the application WhatsApp.　Immediately following the execution of the search warrants, agents observed Joseph MOSBY drive directly to the area of a Holiday Inn Express in Hinesville, GA, at which point agents terminated surveillance.

40

87. On that same day, September 28, 2022, while agents were conducting an interview and search warrant on Joseph MOSBY, location data for Elijah HENRY telephone 1 show the telephone traveling from Phoenix, AZ, to Savannah, GA, with a brief layover in Atlanta, GA. Elijah HENRY telephone 1 began pinging in Savannah, GA at approximately 5:31 pm EST. At approximately 5:40 pm EST, Joseph MOSBY departed FFL SPI Guns. At approximately 6:31 pm EST tracking information for Elijah HENRY telephone 1 show it traveling from the Savannah Airport and to the area of the Holiday Inn Express in Hinesville, GA, where agents followed Joseph MOSBY after the search warrant. Approximately 15 minutes later, tracking information for Elijah HENRY telephone 1 show it left the area of the Holiday Inn and began moving westbound from Savannah, GA. Agents continued to monitor the movements of the phone as it traveled westbound, in a manner consistent with driving, across the country, routing through El Paso, Texas, and arriving in Laveen, Arizona on October 1, 2022.

88. Agents later reviewed cellular phone data for the cellular phone seized from Joseph MOSBY, which was Joseph MOSBY telephone 1, on September 28, 2022 at SPI Guns, pursuant to the federal search warrant. Joseph MOSBY had the following WhatsApp conversation with the contact "Elijah HENRY" in which "Elijah HENRY" discusses buying an airline ticket on September 28, 2022.

41



89.     On that same date, contact "Elijah HENRY" sent the following message to Joseph MOSBY:



42

90.     On that same date, "Elijah HENRY" sent Joseph MOSBY the following message stating he is in Atlanta, and a follow up message saying they are there for an hour.  Location data for Elijah HENRY telephone 1 confirmed the device was in Atlanta, GA at the time this message was sent.



## Call to FFL in Wisconsin

91.     Four days before Joseph MOSBY was interviewed and searched, on September 24, 2022, an employee at the FFL Select Fire Weaponry LLC in Waukesha, Wisconsin stated a woman called the FFL to inquire about "50 BMGs", referring to .50 caliber BMG rifles.  The employee stated during the call they heard a male voice in the background coaching her on what to say.  The call came from BILLINGS-TROUPE telephone 1.  The manager further explained that a short time later an individual who identified as "Elijah HENRY" called about Barrett .50 caliber rifles,

43

240 Bravo rifles, and FN M249S rifles for sale. The individual provided telephone (262) 442-0140 and asked the store to call him if they got in any of those specific firearms. A search of law enforcement databases revealed the phone number (262) 442-0140 is associated with "Gemela F. Brown" with an associated residence of "7056 W. Alicia Drive, Laveen, Arizona." As explained above, a "Gemela Shabazz" and "Gemela HENRY" has been linked to 7056 W. Alicia Drive, Laveen, Arizona. The device belonging to Elijah HENRY was pinging in Arizona the at the time this phone call was placed. On that same date, the device belonging to BILLINGS-TROUPE was pinging in the Milwaukee, Wisconsin area.

### Search and Interview of MOORE And ROBINSON in North Carolina

92.     On October 19, 2022, personnel from ATF and the Lexington Police Department executed federal search warrants for the persons of MOORE and ROBINSON and the premises of 10 Jamaica Drive, Lexington, NC.

93.     Following the search warrant, ROBINSON stated that he purchased three rifles for Joseph MOSBY, and he tried to buy two additional FN M249S rifles. ROBINSON explained he has known Joseph MOSBY for many years. He and MOORE used to live with Joseph MOSBY and his ex-wife Michelle ROBESON at 4705 Bald Eagle Way in Douglasville, GA. Joseph MOSBY came to ROBINSON's home and offered to pay ROBINSON to purchase firearms for him. Joseph MOSBY told ROBINSON the firearms were being stored at his home in Arizona. Joseph MOSBY explained to ROBINSON these style of rifles (i.e. .50 caliber and belt-fed) were valuable and could be sold for significant profit. Joseph MOSBY accompanied ROBINSON on

44

all the purchases. ROBINSON purchased all the firearms in North Carolina, and Joseph MOSBY paid him $4,000 total in cash for purchasing the firearms. ROBINSON stated he believed Joseph MOSBY located all the firearms they purchased on Gunbroker.com, and Joseph MOSBY paid for all the rifles ROBINSON purchased with cash.

94.     ROBINSON stated Joseph MOSBY might be involving his two nephews whom he knew by their nicknames "Tiece" and "Fresh" in the straw purchasing scheme. He thought both resided in Milwaukee, WI. ROBINSON stated when he was in the car with Joseph MOSBY driving to the FFLs, he overheard Joseph MOSBY talking to "Tiece" on the phone. ROBINSON stated "Tiece" was telling Joseph MOSBY of FFLs that were selling the type of rifles they were looking for, and "Tiece" seemed to be directing Joseph MOSBY. Agents asked ROBINSON about the name "Andrew," which was a name Joseph MOSBY referred to in a text message to SPI Guns. ROBINSON stated he knew "Andrew" by the nickname "Fresh". Based on this information, I believe that Andrew MOSBY goes by the nickname "Fresh" and is Joseph MOSBY's nephew. ROBINSON also said that Joseph MOSBY said that "Tiece" was looking to acquire Glock 19 or Glock 23 pistols, which he intended to trade for "Ghost guns[11].

95.     Investigators identified a public Facebook profile with the user ID "Tiece Mosby" which contained photographs of Latiere MOSBY. Additionally on July 31, 2021, a Facebook user posted a message to this account wishing "Tiece" a happy birthday. I am aware that Latiere

---

[11] The term "Ghost guns" refers to privately manufactured firearms that do not contain traceable serial numbers.

MOSBY's birthday is July 31. Based on the above information, I believe that Latiere MOSBY goes by the nickname "Tiece" and is Joseph's MOSBY's nephew.

96.     ROBINSON stated on a trip to one FFL, MOORE, ROBINSON, and their two small children stayed with Joseph MOSBY, Michelle ROBESON and their family at an AirBNB rental property, and ROBESON was aware the purpose of the trip was for ROBINSON to complete firearms purchases for Joseph MOSBY.

97.     Agents asked ROBINSON how Joseph MOSBY recruited MOORE to purchase the rifle from SPI Guns in Savannah, GA, on September 24, 2022. ROBINSON stated Joseph MOSBY needed to take MOORE because the FFL would not accept an out of state ID for the purchase. ROBINSON stated MOORE still had a Georgia driver's license from when they resided at an old address, "2046 Rector Drive SW" in Atlanta, GA. ROBINSON did not know how much MOORE was paid but stated Joseph MOSBY still paid her even though the FFL declined to transfer her the rifle.

98.     Agents interviewed MOORE who stated Joseph MOSBY recruited her to buy rifles because he knew she had an old Georgia driver's license from when she resided at 2046 Rector Drive SW in Atlanta. MOORE stated she has not resided there for several years, explaining that in 2021 she and ROBINSON were living in their vehicle before moving to 10 Jamaica Drive, Lexington, NC. MOORE stated she successfully purchased one rifle for Joseph MOSBY in addition to the denial she received at SPI Guns, in Hinesville, Georgia, but she could not remember the type of rifle. MOORE stated the purchase occurred in North Carolina approximately one

46

month prior to the date of this interview (on or about September 17, 2022). MOORE stated her and ROBINSON were struggling financially, so she was easily convinced to buy the firearms for Joseph MOSBY in exchange for money. MOORE stated she was paid approximately $500 dollars up front for the rifles, then Joseph MOSBY paid her "a couple thousand" once he sold the firearm. MOORE explained Joseph MOSBY found the rifles to purchase from Gunbroker.com.

99.     MOORE also explained during one of the times in which she or ROBINSON purchased firearms for Joseph MOSBY, her and her family stayed at an AirBNB rental property with, Joseph MOSBY, Michelle ROBESON, and their children.

100.    MOORE stated a few days prior to the date of this interview, Michelle ROBESON called her and told her Joseph MOSBY lost his phone, and ROBESON directed her "not to send any gun stuff to Joe's phone". This timeline corresponds with agents seizing Joseph MOSBY telephone 1 on September 28, 2022. MOORE also explained ROBESON currently lives in Arizona.

**Seizure of Elijah HENRY Telephone 1 and Service of Warning Notices – December 8, 2022**

101.    On December 9, 2022, ATF Phoenix agents encountered Elijah HENRY in Avondale, Arizona. Pursuant to a federal warrant, agents seized Elijah HENRY telephone 1. ATF agents also served Elijah HENRY with "Warning Notice of Unlicensed Dealing in Violation of Federal Law" and a "Warning Notice of Straw Purchasing". Elijah HENRY refused to sign the warning notices without an attorney present but was compliant with law enforcement personnel.

47

## Targets Located in Eastern District of Wisconsin

102.    On January 9, 2023, the Honorable Nancy Joseph, U.S. Magistrate Judge in the Eastern District of Wisconsin signed a search warrant authorizing the collection of real time location data for BILLINGS-TROUPE telephone 1, Andrew MOSBY telephone 1, Joseph MOSBY telephone 2, Latiere MOSBY telephone 1, and Elijah HENRY telephone 1.

103.    On January 10, 2023, BILLINGS-TROUPE posted to her publicly visible Facebook page self-identifying her telephone number was BILLINGS-TROUPE telephone 1.

104.    On January 23, 2023, I conducted analysis of the location data collected for BILLINGS-TROUPE telephone 1.  I determined that BILLINGS-TROUPE telephone 1 has been pinging in the Milwaukee, Wisconsin area on a nearly daily basis from January 10, 2023 to present. Additionally, many times throughout the investigation, investigators have observed Shenicqua BILLINGS-TROUPE, in the Milwaukee area, which is in the Eastern District of Wisconsin. Investigators have observed she spends most of her time in this area. As of the time of the authoring of this warrant, the last time Shenicqua BILLINGS-TROUPE telephone 1 was pinging in the Eastern District of Wisconsin was on the morning of January 23, 2022, in Milwaukee, Wisconsin.

105.    On January 23, 2023, I queried the Wisconsin DMV and determined Shenicqua BILLINGS-TROUPE's driver's license address is listed as "2549 N. Palmer Street, Milwaukee, Wisconsin."

106.    Investigators have observed Andrew MOSBY, the subscriber of Andrew MOSBY Telephone 1 in the Eastern District of Wisconsin during physical surveillance numerous times

48

since the investigation originated in August of 2022. Investigator have observed that Andrew MOSBY spends most of his time in this federal district, which was confirmed on January 10, 2022, when investigators obtained a federal search warrant allowing the real time collection of location data for the Target Cellular Device. From January 10, 2022, to January 23, 2022, the phone has pinged exclusively in the within the Eastern District of Wisconsin. As of the time of the authoring of this warrant, the last time the phone was pinging in the Eastern District of Wisconsin was at 10:18 am on January 23, 2023, when the device was located in Milwaukee, WI.

107. On January 23, 2023, I searched the Wisconsin DMV and determined the address on Andrew MOSBY's state ID card is 6744 N. Sidney Place, apartment 106, Milwaukee, WI, but it should be noted investigators have since learned he does not reside at this address.

108. I am aware through the review of historical location data for Joseph MOSBY telephone 1, Joseph MOSBY telephone 2 and BILLINGS-TROUPE telephone 1 that devices belonging to both individuals have frequently pinged off the same cellular towers and traveled throughout the country in a manner consistent with two people traveling together. Further, I have observed numerous social media videos posted by BILLINGS-TROUPE in which Joseph MOSBY is observed in the background of the videos.

109. On January 1, 2023, I searched Wisconsin DMV records and determined the address listed on Sharise BLUNT's Wisconsin Driver's License is 4315 W. Lisbon Avenue, Apt. 7, Milwaukee, Wisconsin. Additionally, BLUNT has stated on numerous ATF Form 4473's that she resides in the Eastern District of Wisconsin. On September 26, 2022, US Postal Inspector Tyler

49

Fink conducted a search of the address 2841 W. Highland Blvd., Apt. 301, Milwaukee, WI and determined Sharise BLUNT listed this address as her mailing address. On November 11, 2022, in response to a grand jury subpoena, Adam McCarthy, owner of Smart Asset Realty confirmed Sharice BLUNT is the lease holder of 2841 W. Highland Blvd., Apt. 301, Milwaukee, WI.

## **CONCLUSION**

110.  I know from training, experience, and this investigation that electronics were key to communication amongst the conspirators, the transmission of funds, and orchestrating the logistics of the scheme. Therefore, electronics such as cellular phones, laptops, tablets, and other devices capable of storing electronic information may contain evidence of the crimes. I know from experience that it is common for electronic device to remain inside residences or in the custody of the owner for long periods of time even after their use due to the cost of such items. Further, I know from training and experience that in some case even deleted information can be retrieved via a forensic examination.

111.  I know from training and experience that crimes such as wire fraud, structuring, and money launder generate items such as banking receipts, bank statements, ledgers and other financial documents. It is common for these items to be stored inside of residences or vehicles for long periods of time. In addition, much of this information is also stored in electronics such as the above mentioned.

112.  It is also common for schemes that require extensive travel to generate evidence of that travel through luggage tags, transportation tickets, receipts, and other paper documentation.

50

It is possible that this evidence is contained within the above-mentioned residences as it appears to be a collection point for firearms trafficked from distant locations.

113.   I know from training, experience and this investigation that bulk cash was a key component of the straw-buying scheme.  It is common for bulk cash to be stored inside residences or on the person of a co-conspirator as to avoid detection by the banking system.

114.   I believe it is probable that many of the above listed items are stored are likely to be stored on Shenicqua BILLINGS-TROUPE's person or vehicle she has access to at the time of the execution of this warrant.  These items will provide evidence to support violations of Title 18, United States Code, Sections 371 (conspiracy); 922(a)(6) (false statement during a purchase of a firearm); 922(a)(1)(A) (engaging in firearms business without a federal firearm license); 924(a)(1)(A) (false statement during a purchase of a firearm); 924(n) (interstate travel to buy firearms to deal without a federal firearm license); and 1001 (false statements or representations to an agency of the United States).

## TECHNICAL TERMS

115.   Based on my training and experience, I use the following technical terms to convey the following meanings:

a. IP Address: The Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet.  An IP address looks like a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  Most Internet service providers control a range of IP addresses.  Some computers have static—that is, long-term—

51

IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

b. Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

c. Storage medium: A storage medium is any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

## COMPUTERS, ELECTRONIC STORAGE, AND FORENSIC ANALYSIS

116. As described above and in Attachment B, this application seeks permission to search for records that might be found on the person of Joseph MOSBY or in the vehicle he occupies. T One form in which the records might be found is data stored on a cellphone or a computer's hard drive or other storage media. Thus, the warrants applied for would authorize the seizure of electronic storage media or, potentially, the copying of electronically stored information, all under Rule 41(e)(2)(B).

117. *Probable cause.* I submit that if a cellphone or computer or storage medium is found on the person of MOSBY or in the vehicle he occupies, there is probable cause to believe those records will be stored on that computer or storage medium, for at least the following reasons:

    i. Based on my knowledge, training, and experience, I know that computer files or remnants of such files can be recovered months or even years after they have been downloaded onto a storage medium, deleted, or viewed via the Internet. Electronic files downloaded to a storage medium can be stored for years at little or no cost. Even when files have been deleted, they can be recovered months or years later using forensic tools. This is so because when a person "deletes" a file on a computer, the data contained in the file

52

does not actually disappear; rather, that data remains on the storage medium until it is overwritten by new data.

ii. Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space—that is, in space on the storage medium that is not currently being used by an active file—for long periods of time before they are overwritten. In addition, a computer's operating system may also keep a record of deleted data in a "swap" or "recovery" file.

iii. Wholly apart from user-generated files, computer storage media—in particular, computers' internal hard drives—contain electronic evidence of how a computer has been used, what it has been used for, and who has used it. To give a few examples, this forensic evidence can take the form of operating system configurations, artifacts from operating system or application operation, file system data structures, and virtual memory "swap" or paging files. Computer users typically do not erase or delete this evidence, because special software is typically required for that task. However, it is technically possible to delete this information.

iv. Similarly, files that have been viewed via the Internet are sometimes automatically downloaded into a temporary Internet directory or "cache."

118. *Forensic evidence.* As further described in Attachment B, these applications seek permission to locate not only computer files that might serve as direct evidence of the crimes described on the warrants, but also for forensic electronic evidence that establishes how computers were used, the purpose of their use, who used them, and when. There is probable cause to believe that this forensic electronic evidence will be on any storage medium on the person of MOSBY or in the vehicle he occupies because:

i. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file). Virtual memory paging systems can leave traces of information on the storage medium that show what tasks and processes were recently active. Web browsers, e-mail programs, and chat programs

53

store configuration information on the storage medium that can reveal information such as online nicknames and passwords. Operating systems can record additional information, such as the attachment of peripherals, the attachment of USB flash storage devices or other external storage media, and the times the computer was in use. Computer file systems can record information about the dates files were created and the sequence in which they were created, although this information can later be falsified.

ii. As explained herein, information stored within a computer and other electronic storage media may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, information stored within a computer or storage media (e.g., registry information, communications, images and movies, transactional information, records of session times and durations, internet history, and anti-virus, spyware, and malware detection programs) can indicate who has used or controlled the computer or storage media. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. The existence or absence of anti-virus, spyware, and malware detection programs may indicate whether the computer was remotely accessed, thus inculpating or exculpating the computer owner. Further, computer and storage media activity can indicate how and when the computer or storage media was accessed or used. For example, as described herein, computers typically contain information that log: computer user account session times and durations, computer activity associated with user accounts, electronic storage media that connected with the computer, and the IP addresses through which the computer accessed networks and the internet. Such information allows investigators to understand the chronological context of computer or electronic storage media access, use, and events relating to the crime under investigation. Additionally, some information stored within a computer or electronic storage media may provide crucial evidence relating to the physical location of other evidence and the suspect. For example, images stored on a computer may both show a particular location and have geolocation information incorporated into its file data. Such file data typically also contains information indicating when the file or image was created. The existence of such image files, along with external device connection logs, may also indicate the presence of additional electronic storage media (e.g., a digital camera or cellular phone with an incorporated

54

camera). The geographic and timeline information described herein may either inculpate or exculpate the computer user. Last, information stored within a computer may provide relevant insight into the computer user's state of mind as it relates to the offense under investigation. For example, information within the computer may indicate the owner's motive and intent to commit a crime (e.g., internet searches indicating criminal planning), or consciousness of guilt (e.g., running a "wiping" program to destroy evidence on the computer or password protecting/encrypting such evidence in an effort to conceal it from law enforcement).

iii. A person with appropriate familiarity with how a computer works can, after examining this forensic evidence in its proper context, draw conclusions about how computers were used, the purpose of their use, who used them, and when.

iv. The process of identifying the exact files, blocks, registry entries, logs, or other forms of forensic evidence on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. While it is possible to specify in advance the records to be sought, computer evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrants.

v. Further, in finding evidence of how a computer was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium. For example, the presence or absence of counter-forensic programs or anti-virus programs (and associated data) may be relevant to establishing the user's intent.

119. *Necessity of seizing or copying entire computers or storage media.* In most cases, a thorough search for information that might be stored on storage media often requires the seizure of the physical storage media and later off-site review consistent with the warrants. In lieu of removing storage media, it is sometimes possible to make an image copy of storage media.

55

Generally speaking, imaging is the taking of a complete electronic picture of the computer's data, including all hidden sectors and deleted files. Either seizure or imaging is often necessary to ensure the accuracy and completeness of data recorded on the storage media, and to prevent the loss of the data either from accidental or intentional destruction. This is true because of the following:

  i. The time required for an examination. As noted above, not all evidence takes the form of documents and files that can be easily viewed on site. Analyzing evidence of how a computer has been used, what it has been used for, and who has used it requires considerable time. As explained above, because the warrants call for forensic electronic evidence, it is exceedingly likely that it will be necessary to thoroughly examine storage media to obtain evidence. Storage media can store a large volume of information. Reviewing that information for things described in the warrants can take weeks or months, depending on the volume of data stored, and would be impractical and invasive to attempt on-site.

  ii. Technical requirements. Computers can be configured in several different ways, featuring a variety of different operating systems, application software, and configurations. Therefore, searching them sometimes requires tools or knowledge that might not be present on the search site. The vast array of computer hardware and software available makes it difficult to know before a search what tools or knowledge will be required to analyze the system and its data. However, taking the storage media off-site and reviewing it in a controlled environment will allow its examination with the proper tools and knowledge.

  iii. Variety of forms of electronic media. Records sought under these warrants could be stored in a variety of storage media formats that may require off-site reviewing with specialized forensic tools.

120. *Nature of examination.* Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrants I am applying for would permit seizing, imaging, or otherwise copying storage media that reasonably appear to contain some or all of the evidence described in the warrants and would authorize a later review of the media or information consistent with the

56

warrants. The later review may require techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of a hard drive to human inspection in order to determine whether it is evidence described by the warrants.

121.    Because several people may share the vehicle Joseph MOSBY, Elijah HENRY, Shenicqua BILLINGS-TROUPE, Andrew MOSBY, Latiere MOSBY occupies listed in Attachments A, it is possible that the vehicle will contain storage media that are predominantly used, and perhaps owned, by persons who are not suspected of a crime. If it is nonetheless determined that that it is possible that the things described in these warrants could be found on any of those computers or storage media, the warrants applied for would permit the seizure and review of those items as well.

**<u>CONCLUSION</u>**

122.    I submit that this affidavit supports probable cause for warrants to search the locations described in Attachments A, and seize the items described in Attachment B.

57

## ATTACHMENT A1

### Person and Property to be searched

The property to be searched is:

1.  The person of Andrew Shakeem MOSBY (B/M, DOB 12/11/1996);

2.  Any vehicle occupied or otherwise accessible to Andrew Shakeem MOSBY at the time of the execution of the warrant;

**ATTACHMENT A2**

**Person and Property to be searched**

The property to be searched is:

1.  The person of Shenicqua BILLINGS-TROUPE (B/F, DOB 01/21/1993);

2.  Any vehicle occupied or otherwise accessible to Shenicqua BILLINGS-TROUPE

    at the time of the execution of the warrant.

**ATTACHMENT A3**

**Person and Property to be searched**

The property to be searched is:

1. The person of Joseph Darnell MOSBY (B/M, DOB 06/22/1983); and

2. Any vehicle occupied or otherwise accessible to Joseph Darnell MOSBY at the time of the execution of the warrant.

3

## ATTACHMENT A4

### Person and Property to be searched

The property to be searched is:

1. The person of Sharise Laquitta BLUNT (B/F, DOB 12/09/1988)

2. Any vehicle occupied or otherwise accessible to Sharise Laquitta BLUNT at the time of the execution of the warrant.

4

**ATTACHMENT B**

**Property to be seized**

All records relating to violations of Title 18, United States Code, Sections 371 (conspiracy); 922(a)(6) (false statement during a purchase of a firearm); 922(a)(1)(A) (engaging in firearms business without a federal firearm license); 924(a)(1)(A) (false statement during a purchase of a firearm); 924(n) (interstate travel to buy firearms to deal without a federal firearm license); and 1001 (false statements or representations to an agency of the United States), involving Joseph MOSBY, Elijah HENRY, Shenicqua BILLINGS-TROUPE, Andrew MOSBY, Latiere MOSBY, Sharise BLUNT, and others occurring after January 1, 2019, and relating to:

1.  Firearms

2.  Ammunition

3.  ATF Form 4473s, firearms, firearm boxes, bipods, tripods, upper receivers, receipts and any records related to firearms, firearms accessories, ammunition, financial documents that transfer of proceeds of the above schemes, computers, electronics capable of communication, and cellphones such as:

    a.  lists of contacts and any identifying information;

    b.  photographs, videos, or other media storage connected to firearms;

    c.  types, amounts, and prices of firearms purchased/sold;

    d.  any information related to sources or purchasers of firearms (including names, addresses, phone numbers, or any other identifying information);

5

e.   all bank records, checks, credit card bills, account information, and other financial records related to firearms commerce;

f.   any and all financial records connected to the purchase/sale of firearms;

4.   Cellphones, computers, and all media storage devices that may hold documentation regarding firearm or ammunition purchases/sales and customers;

5.   Any and all financial records connected to the purchase/sale of firearms, and any correspondence between suspects and other firearms sellers and/or purchasers;

6.   All bank records, checks, credit card bills, account information, and other financial records related to firearms commerce;

7.   Proceeds of firearms trafficking activities, including United States currency;

8.   All bank records, checks, credit card bills, account information, and other financial records; Financial records, documents, statements, or other evidence of control of bank or other financial accounts and investment funds;

9.   Personal address books, telephone bills, photographs, letters, personal notes, documents and other items or lists reflecting names, addresses, telephone numbers, addresses and communications regarding illegal activities among and between members and associates involved in firearms trafficking activities;

10.  Documents and deeds reflecting the purchase or lease of items obtained with the proceeds from firearm trafficking activities;

11.  Records of off-site locations to store proceeds and other records, including safes, vaults, or lock boxes, safe deposit box keys, records and receipts and rental agreements for storage facilities;

6

12.      Records of mail and communications services, cellular telephones and all electronic storage areas on the device including stored telephone numbers, recently called numbers list, text messages, digital audio and or video recordings, pictures, settings, and any other user defined settings and/or data;

13.      Indicia of occupancy, residency or ownership of the premises, including utility bills, telephone bills, loan payment receipts, addressed envelopes, escrow documents and keys;

14.      Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

15.      As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

16.      All records relating to violations of Title 18, United States Code, Sections 371 (conspiracy); 922(a)(6) (false statement during a purchase of a firearm); 922(a)(1)(A) (engaging in firearms business without a federal firearm license); 924(a)(1)(A) (false statement during a purchase of a firearm); 924(n) (interstate travel to buy firearms to deal without a federal firearm license); and 1001 (false statements or representations to an agency of the United States)  between January 1, 2019 and the present, including:

> a.      Records and information relating to a conspiracy to violate the laws of the United States, including the scope, manner, means, acts in furtherance, and identity of any co-conspirators;

7

b. Records and information relating to the identity or location of the suspects;

c. Records and information relating to communications with Internet Protocol addresses;

d. Records and information relating to the crimes referenced in Attachment B, paragraph 14; and

e. Records and information relating to intent or state of mind.

17. Computers or storage media used as a means to commit the violations described above;

18. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c. evidence of the lack of such malicious software;

d.  evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e.  evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f.  evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g.  evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h.  evidence of the times the COMPUTER was used;

i.  passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

j.  documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

k.  records of or information about Internet Protocol addresses used by the COMPUTER;

l.  records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

m.  contextual information necessary to understand the evidence described in this attachment.

9

19. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

20. The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

21. The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.